AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF __Delaware__

ORIGINAL

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

▇▇▇▇▇▇▇▇▇▇▇▇
Townsend, DE 19734, described more particularly on Attachment A

**SEARCH WARRANT**

CASE NUMBER: 04-43M-MPT

TO: __U.S. Postal Inspector Joseph Fringo__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __P.I. Joseph Fringo__ (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

▇▇▇▇▇▇▇▇▇▇▇▇ Townsend, DE 19734, described more particularly above

in the _____ District of __Delaware__ there is now concealed a certain person or property, namely (describe the person or property)

see attachment B

**FILED**
SEP 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __April 25, 2004__
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __U.S. Magistrate Judge Mary Pat Thynge__
U.S. Judge or Magistrate
as required by law. YOU ARE FURTHER ORDERED AND AUTHORIZED TO COMPLY WITH THE CONDITIONS SET FORTH IN ATTACHMENT C.

__April 15, 2004  10:07 a.m.__   at   __Wilmington, Delaware__
Date and Time Issued                        City and State

Honorable Mary Pat Thynge
United States Magistrate Judge

Name and Title of Judicial Officer         Signature of Judicial Officer

AO 93 (Rev. 5/85)  Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>4-15-04 | DATE AND TIME WARRANT EXECUTED<br>4-21-04  6:10 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>BRYAN LUBERTI |
| INVENTORY MADE IN THE PRESENCE OF<br>POSTAL INSPECTOR J. FRINGO , J. DANZ | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

SEE ATTACHED

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  4/25/05
U.S. Judge or Magistrate     Date

## THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: 1, 2

Subject Name: BRYAN LUBERTI          Date: 4/21/04
Subject Address: ███████████████          Floor/Room No. B. LUBERTI BEDROOM
Inspector(s): _____          Case No. _____
Safe: ___  Cabinet: ___  Credenza: ___  Desk: ___  Drawer: ___
Shelf: ___  Table: ___  Wall: ___  Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | AOL SHIP DIRECT DOCUMENT |
| 1 | ENVELOPE - ADDRESSED TO B. LOBURTY, ████████, POSTMARKED STETSON, ME |
| 32 | COMPACT DISCS |
| 6 | EMAIL CORRESPONDENCES |
| 36 | BLANK CDR'S |
| 25 | BLANK CDRW'S |
| 4 | ZIP DRIVES |
| 10 | FLOPPY DISKS |
| 1 | MISC. PIECE OF PAPER |
| 1 | POLAROID DIGITAL 320 CAMERA |
| 10 | VHS VIDEOTAPES |
| 1 | AMERICAN FEDERAL CREDIT UNION PAPER |
| 1 | CHRYSLER EARNINGS STATEMENT |
| 1 | EMAIL |
| 1 | FLOPPY DISK |
| 1 | ENVELOPE WITH EMAIL ADDRESS |
| 1 | VIDEO BOX - "YOUNG GIRLS WHO LOVE GIRLS" |
| 1 | (NIKE) - W/ 10 VIDEOTAPES |
| 1 | SURVIVOR SHOE BOX - W/ 9 VHS TAPES, LUBRICANT, BUTT PLUG |

Signed: Joseph ___ 4-21-04

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

PS Form 8164, October 1993

Page 1 of 2 pages

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: 2/2

Subject Name: BRYAN LUBERTI
Date: 4/21/04

Subject Address: [redacted]
Floor/Room No.: B. LUBERTI BEDROOM

Inspector(s): _____
Case No.: _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | BOX - W/ 38 VHS TAPES (LEXMARK BOX) |
| 1 | BLUE TUB - /W- 35 VHS VIDEOTAPES |
| 1 | MITSUBA COMPUTER TOWER - MODEL # SPX-250C |
| 1 | SYSTEMAX TIGER COMPUTER TOWER - SERIAL # 10520/509 (BLACK) W/ DISK (FLOPPY) |
| 1 | COMPAQ PRESARIO COMPUTER TOWER - SERIAL # A732BNG6D835 |

[signatures and dates 4/21/04]

DISTRIBUTION OF COPIES:
White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS Form 714)
Pink - Subject Searched
Green - Evidence Control Officer (Attach to PS Form 714)

Page 2 of 2 pages

PS Form 8164, October 1993

## ATTACHMENT A

The residence is a single family dwelling located on the lane directly across from the curbside mailbox labeled ███████████████████████. The residence is a single story building with light brown/tan vinyl siding, a beige shingle roof and a large television antenna on the roof. The residence is approximately one half mile down the lane on the left side of the street. The lane circles directly around the residence with a driveway entry into a two (2) garage driveway which is located to the right of the residence as you approach. The entry door is located on the left side of the two (2) white garage doors. Located to the right of the two (2) garage doors is a silver motor home. Located in the rear yard of the residence is a large fenced-in dog pen.

these items for searching to a site other than where seized:

a. All computers, computer hardware, computer software and computer documentation, including but not limited to tapes, cassettes, cartridges, commercial software and manuals, hardware, computer disks, CD-ROMS,

b. Any devices capable of storing information and/or data in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer or with the aid of computer-related equipment. This media includes floppy diskettes, fixed hard disks, removable hard disk cartridges, tapes, laser disks, video cassettes and other media which is capable of storing magnetic coding, as well as punch cards, and/or paper tapes, and all printouts of stored data.

c. Any and all electronic devices which are capable of analyzing, creating, displaying, converting or transmitting electronic or magnetic computer peripherals, word processing equipment, modems, monitors, cables, printers, plotters, encryption circuit boards, optical scanners, external hard drivers, external tape backup drives and other computer-related electronic devices.

d. Any and all instructions or programs stored in the form or electronic or magnetic media, which are capable of being interpreted by a computer, or related components. The items to be seized include operating systems, application software, utility programs, compilers, interpreters and other programs or software used to communicate with computer hardware or peripherals either directly or indirectly via telephone lines, radio or other means of transmission.

e. Any and all written or printed material which provides instructions or examples concerning the operation of the computer systems, computer software and/or any related device, and sign-on passwords, encryption codes or keys or other information needed to access the computer system and/or software programs.

All of which is (i) property that constitutes evidence of the commission of criminal offenses, (ii) contraband, the fruits of crime, or things criminally possessed, and/or (iii) property designed or intended for use or which is or has been used as the means of committing criminal offenses, that is, violations of Title 18, United States Code, Sections 2252 and 2252A.

## ATTACHMENT C

1. The Court finds probable cause to exist that after the delivery of the Express Mail parcel and videotape described more particularly in Attachment B, paragraph 8, to the subject premises, that the items will be taken inside the subject premises. The Court conditions the execution of the search warrant on the prior actual occurrence of those events.

2. With respect to any videotapes and any computer hardware, software, and storage media authorization is hereby granted for the Postal Inspection Service, and other law enforcement officers under its direction, to remove such items from the premises in order for them to be processed off the premises at a later time for a search of the items described on Attachment B.